UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MARY FRANCES WAGLEY, JAMES WAGLEY, ANNE     : Case No.: 18-8668
WAGLEY, and MARY COPP, as beneficiaries of the     :
MARY PENNEY WAGLEY IRREVOCABLE TRUST,
                                                            :
              Plaintiffs,
                                                            :
                                                            : Removed from the Supreme
         -against-                                          : Court of the State of New York
                                                            : County
JPMORGAN CHASE BANK, N.A., individually, as
trustee of the MARY PENNEY WAGLEY                           : Index No. 654575/2018
IRREVOCABLE TRUST,
                                                            :
              Defendant.
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

3068300_1

## AFFIDAVIT OF SERVICE BY REGULAR MAIL

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

The undersigned, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and reside at 1377 Franklin Avenue, Apartment 4-C, Bronx, New York 10458.

2. That on September 25, deponent served a true copy of the annexed **(1) Civil Cover Sheet and (2) Notice of Removal** upon:

> Andrew J. Rossman
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> 51 Madison Avenue, 22nd Floor
> New York, NY 10010
> (212) 849-7000
> Attorneys for Plaintiffs

the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same, enclosed in a post-paid properly addressed sealed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Raymond Carrasquillo

Sworn to before me this
25th day of September, 2018.

_____
Notary Public

JOY DIBIASO
Notary Public, State of New York
No. 01DI6309283
Qualified in New York County
Commission Expires August 11, 2018

## AFFIDAVIT OF SERVICE BY REGULAR MAIL

STATE OF NEW YORK      )
                                             ) ss.:
COUNTY OF NEW YORK )

The undersigned, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and reside at 1377 Franklin Avenue, Apartment 4-C, Bronx, New York 10458.

2. That on September 21, deponent served a true copy of the annexed **NOTICE OF FILING OF NOTICE OF REMOVAL** upon:

> Andrew J. Rossman
> Alex Spiro
> Nathan Goralnik
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> 51 Madison Avenue, 22nd Floor
> New York, NY 10010
> (212) 849-7000
> Attorneys for Plaintiffs

the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same, enclosed in a post-paid properly addressed sealed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Raymond Carrasquillo

Sworn to before me this
21st day of September, 2018.

_____
Notary Public

JOY DIBIASO
Notary Public, State of New York
No. 01DI63C9233
Qualified in New York County
Commission Expires August 11, 2018 22

3066439_1