UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY FRANCES WAGLEY, JAMES WAGLEY, ANNE WAGLEY, AND MARY COPP, as beneficiaries of the MARY PENNEY WAGLEY IRREVOCABLE TRUST,<br><br>Plaintiffs,<br><br>-against-<br><br>JPMORGAN CHASE BANK, N.A., indivdually, as trustee of the MARY PENNEY WAGLEY IRREVOCABLE TRUST,<br><br>Defendant. | Case No. 18-8668<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that James I. Doty hereby appears on behalf of Defendant JPMorgan Chase Bank, N.A. in the above-titled action and requests that copies of all notices, pleadings, and other papers in this matter be served on the undersigned.

DATED:    New York, New York
          September 26, 2018

Respectfully submitted,

SATTERLEE STEPHENS LLP

_____
James I. Doty
230 Park Avenue, Suite 1130
New York, NY 10169
(212) 818-9200
(212) 818-9606 (fax)

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

3068743_1