UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY FRANCES WAGLEY, JAMES WAGLEY, ANNE WAGLEY, AND MARY COPP, as beneficiaries of the MARY PENNEY WAGLEY IRREVOCABLE TRUST,<br><br>Plaintiffs,<br><br>-against-<br><br>JPMORGAN CHASE BANK, N.A., indivdually, as trustee of the MARY PENNEY WAGLEY IRREVOCABLE TRUST,<br><br>Defendant. | Case No. 18-8668<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Jennifer Philbrick McArdle hereby appears on behalf of Defendant JPMorgan Chase Bank, N.A. in the above-titled action and requests that copies of all notices, pleadings, and other papers in this matter be served on the undersigned.

DATED:   New York, New York
         October 2, 2018

                                                      Respectfully submitted,

                                                      SATTERLEE STEPHENS LLP

                                                      Jennifer Philbrick McArdle
                                                      230 Park Avenue, Suite 1130
                                                      New York, NY 10169
                                                      (212) 818-9200
                                                      (212) 818-9606 (fax)

                                                      *Attorneys for Defendant JPMorgan Chase Bank, N.A.*