# Duane Morris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO
AND SRI LANKA

CHARLES J. KEELEY
DIRECT DIAL: +1 212 404 8751
PERSONAL FAX: +1 212 818 9606
E-MAIL: CJKeeley@duanemorris.com

www.duanemorris.com

January 15, 2021

MEMO ENDORSED:
The application is granted. Discovery will be stayed until March 26, 2021. The conference scheduled for January 21, 2021 is adjourned to April 1, 2021 at 9:45 a.m. The parties will submit a status update on the outcome of the mediation no later than March 30, 2021.

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge
Dated: January 20, 2021

VIA ECF

The Honorable Paul G. Gardephe
United States District Court for the
 Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Mary Frances Wagley et al. v. JPMorgan Chase Bank, N.A. et al.*,
Index No 1:18-cv-08668-PGG

Dear Judge Gardephe:

We represent the defendants in the above-referenced action. With the consent of plaintiff's counsel, we jointly write to inform Your Honor that the parties have agreed to enter mediation and to respectfully request a temporary stay of discovery pending the mediation.

The parties have scheduled the mediation for March 25, 2021, which was the earliest week that their mutually chosen mediator had availability. During the initial pre-trial conference, the parties informed the Court that they were discussing the possibility of mediation and intended to seek a discovery stay to facilitate settlement efforts if they agreed to mediate.

Accordingly, on behalf of all parties, we respectfully request a temporary stay of discovery pending the mediation scheduled for March 25. The parties will promptly notify the Court of the outcome of the mediation. In the event that it does not result in settlement, the parties jointly will propose an amended case management order and discovery schedule.

Additionally, the parties respectfully request that the next status conference, currently scheduled for Thursday, January 21, be adjourned to a control date after March 25, 2021.

DuaneMorris

The Honorable Paul G. Gardephe
January 15, 2021
Page 2

      We thank the Court for its consideration of these requests.

                                         Respectfully submitted,

                                         Charles J. Keeley

CJK

cc (via ECF and e-mail):

Nathan Goralnik, Esq.
Andrew Rossman, Esq.
Quinn Emanuel Urquhart & Sullivan LLP
*Counsel for Plaintiffs*