UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY FRANCES WAGLEY, JAMES WAGLEY, ANNE WAGLEY, and MARY COPP, as beneficiaries of the MARY PENNEY WAGLEY IRREVOCABLE TRUST,<br><br>Plaintiffs,<br><br>- against -<br><br>JPMORGAN CHASE BANK, N.A., as trustee of the MARY PENNEY WAGLEY IRREVOCABLE TRUST, J.P. MORGAN SECURITIES LLC, J.P. MORGAN INVESTMENT MANAGEMENT INC., JPMORGAN DISTRIBUTION SERVICES, INC., and JPMORGAN CHASE & CO.,<br><br>Defendants. | No. 1:18-cv-08668-PGG |

**PLAINTIFFS' NOTICE OF MOTION FOR SUBSTITUTION**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, the Declaration of Nathan Goralnik, and the Exhibits thereto, Plaintiffs move the United States District Court for the Southern District of New York, located in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an order, substituting Plaintiff James Franklin Penney Wagley, in his capacity as administrator of the Estate of Mary Frances Penney Wagley, for the late Plaintiff Mary Frances Wagley pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just and proper.

- 2 -

Dated: February 3, 2021
      New York, New York

                                       Respectfully submitted,

                                       QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP

                                       */s/ Nathan Goralnik*
                                       Andrew J. Rossman
                                       Nathan Goralnik
                                       51 Madison Avenue, 22nd Floor
                                       New York, New York 10010
                                       Telephone: (212) 849-7000
                                       Facsimile: (212) 849-7100
                                       andrewrossman@quinnemanuel.com
                                       nathangoralnik@quinnemanuel.com

                                       *Counsel for Plaintiffs*