# EXHIBIT A

# CERTIFICATION OF VITAL RECORD

VIEW PRESENCE OF WATERMARK   HOLD TO LIGHT TO VIEW

## STATE OF MARYLAND
### Maryland Department of Health
### Division of Vital Records

**Certificate of Death**

*320200477310000*  
File Number *32020MD047728*

| Field | Value |
|---|---|
| 1. Decedent's Name, AKA Name (if any) | MARY FRANCES WAGLEY |
| 2. Date of Death | 11/01/2020 |
| 3. Time of Death | 1029 |
| 4a. Facility Name | [REDACTED] |
| 4b. City, Town or Location of Death | COCKEYSVILLE |
| 4c. County of Death | BALTIMORE |
| 5. Social Security Number | [REDACTED] |
| 6. Sex | F |
| 7. Age | 93 YR |
| 8. Date of Birth | [REDACTED]/927 |
| 9. Birthplace | NEW YORK |
| Usual Residence of Decedent — 10a. State | MARYLAND |
| 10b. County | BALTIMORE |
| 10c. City, Town or Location | COCKEYSVILLE |
| 10d. Inside City Limits? | NO |
| 10e. Address | [REDACTED] |
| 10f. Zip Code | 21030-- |
| 11. Marital Status | WIDOWED (AND NOT REMARRIED) |
| 12. Ever in U.S. Armed Forces? | NO |
| 13. Hispanic Origin? | NO |
| 14. Race | WHITE |
| 15. Decedent's Education | DOCTORATE OR PROFESSIONAL |
| 16a. Decedent's Usual Occupation | EDUCATOR |
| 16b. Business/Industry | EDUCATION |
| 17. Father's Name | JAMES CASH PENNEY |
| 18. Mother's Name Prior to First Marriage | CAROLINE BERTHA AUTENRIETH |
| 19. Surviving Spouse's Name | |
| 20a. Informant's Name | MARY WAGLEY COPP |
| 20b. Informant's Relationship | CHILD |
| 20c. Informant's Mailing Address | [REDACTED] |
| 21a. Method of Disposition | CREMATION |
| 21b. Place of Disposition | METRO CREMATORY INC. |
| 21c. Date of Disposition | 11/03/2020 |
| 21d. Location | 299 FREDERICK ROAD -, BALTIMORE, MARYLAND 21228-- |
| 22a. Signature of Funeral Service Licensee | DENNIS STEPHEN XENAKIS |
| 22b. License No | M00640 |
| 22c. Name and Address of Funeral Facility | MITCHELL-WIEDEFELD FUNERAL HOME INC. 6500 YORK ROAD -, BALTIMORE, MD 21212-- |

**23a. Part I.** Disease, injuries, or complications that directly caused the death

- Immediate Cause (final disease or condition resulting in death) a. ATHEROSCLEROTIC VASCULAR DISEASE — Approximate Interval Between Onset and Death: YEARS
- Due to (or as a consequence of): b. HYPERTENSION — YEARS
- Due to (or as a consequence of): c.
- Due to (or as a consequence of): d.

**Part II.** Other significant conditions contributing to death but not resulting in the underlying cause in Part I: GLAUCOMA, OSTEOARTHRITIS, MACULAR DEGENERATION

23b. Did tobacco use contribute to the cause of death? NO

| Field | Value |
|---|---|
| 24a. Was an autopsy performed? | NO |
| 24b. Were autopsy findings available prior to completion of cause of death? | NO |
| 25a. Was case referred to medical examiner? | NO |
| 25b. Medical Examiner Countersignature | |
| 26. Place of Death | HOME |
| 27. Manner of Death | NATURAL |
| 28a. Date of Injury | |
| 28b. Time of Injury | |
| 28c. How injury occurred | |
| 28d. Injury at work? | |
| 28e. Transportation Injury? | |
| 28f. Place of injury | |
| 28g. Location of Injury | |
| 29a. Certifier Type | CERTIFYING PHYSICIAN |
| 29b. Signature and Title of Certifier | ANNA MONIAS, MD |
| 29c. License No | D58646 |
| 29d. Date signed | 11/02/2020 |
| 30a. Name of person who completed cause of death | ANNA TOVAH MONIAS |
| 30b. Address of person who completed cause of death | 6701 NORTH CHARLES STREET 4105, TOWSON, MARYLAND 21204 |

**For Office Use Only:**

| 31. Date Filed | 32. Registrar at Filing | 33. Date Issued | 34. This is to certify that this is a true and correct copy of the official record on file in the office of the Maryland Division of Vital Records. |
|---|---|---|---|
| 11/02/2020 | CRYSTAL D. WEAVER | 11/05/2020 | Registrar's Signature: *Crystal D. Weaver* |

4289821



DO NOT ACCEPT UNLESS ON SECURITY PAPER WITH SEAL OF VITAL RECORDS CLEARLY EMBOSSED.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE