# EXHIBIT C

James Franklin Penney Wagley
6031 Woodland Drive
Dallas, TX 75225-2834

February 1, 2021

Andrew J. Rossman
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

## LETTER OF INSTRUCTION TO SUBSTITUTE ESTATE

Dear Andrew,

I, James Franklin Penney Wagley, am the personal representative of the estate of Mary Frances Penney Wagley. I write to instruct you to substitute me (in my capacity as personal representative) for Ms. Wagley as plaintiff in the action captioned *Mary Frances Wagley, et al. v. JPMorgan Chase Bank, N.A., et al.*, No. 18-cv-8668 (PGG), pending in the U.S. District Court for the Southern District of New York. I have enclosed a copy of the original death certificate and papers effecting my appointment as personal representative of Ms. Wagley's estate.

Sincerely,

*[signature]*

James Wagley, *as personal representative for the Estate of Mary Frances Penney Wagley*