UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY FRANCES WAGLEY et al.,

                Plaintiffs,

        v.

JPMORGAN CHASE BANK, N.A., individually, as trustee of the MARY PENNEY WAGLEY IRREVOCABLE TRUST, et al.,

                Defendants.

**ORDER**

18 Civ. 8668 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference in this action currently scheduled for April 28, 2021 is adjourned to **May 7, 2021 at 10:15 a.m.**

Dated: New York, New York
       April 26, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge