UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY FRANCES WAGLEY et al.,

                    Plaintiffs,

        v.

JPMORGAN CHASE BANK, N.A.,
individually, as trustee of the MARY
PENNEY WAGLEY IRREVOCABLE
TRUST, et al.,

                    Defendants.

**ORDER**

18 Civ. 8668 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference in this action currently scheduled for May 7, 2021 is adjourned to **May 21, 2021 at 10:15 a.m.**

Dated: New York, New York
       May 7, 2021

SO ORDERED.

*Paul S. Gardephe*

Paul G. Gardephe
United States District Judge